**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NANCY OKSNEVAD,

Plaintiff,

v. Case No. 5:24-cv-52-MMH-PRL

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

---

# ORDER

**THIS CAUSE** is before the Court on the Mediation Report (Dkt. No. 26; Report) filed on August 23, 2024. In the Report, the mediator advises the Court that the parties have reached a settlement in this matter. See Report at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **October 28, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **October 28, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for July 21, 2025, is cancelled, and this case is removed from the August 2025, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Chambers this 26th day of August, 2024.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record